UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2007 SEP 12 P 2: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 3:07cr190(AHN) |
| v. | : |
| DANIEL GARCIA and EDWIN CASTANER | : September 6, 2007 |

## PROTECTIVE ORDER REGARDING GOVERNMENT'S DISCLOSURE OF ONE OF ITS NON-LAW ENFORCEMENT WITNESSES

Upon consideration of the Government's motion, pursuant to Rule 16(d)(1), Fed. R. Crim. P., and paragraphs (A)(9) and (F) of the Standing Order on Discovery in criminal cases, for a protective order to withhold disclosure of certain information about one of its prospective non-law enforcement trial witnesses, the *ex parte* submission and accompanying affidavit of Federal Bureau of Investigation Special Agent Robert Bornstein filed under seal, and the full record of the case, and good cause having been shown, it is hereby ORDERED:

The motion for protective order is granted and the Government may withhold disclosure of the name, address, and identifying information (including any written plea, proffer and/or cooperation agreement) of one of its non-law enforcement witnesses, identified as "CW-2" in the complaint affidavit filed on August 23, 2007, and by name in Special Agent Bornstein's affidavit, which was filed under seal on September 6, 2007, until trial or until further order of the Court. The Government's *ex parte* submission and affidavit of Special Agent Bornstein, filed under seal, shall remain under seal until further order of the Court.

SO ORDERED this 11 day of September 2007, at Bridgeport, Connecticut.

ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE